Ronald H. Freshman, Esq. (SBN # 225136)
**LAW OFFICES OF RONALD H. FRESHMAN**
222 West 6th Street, Suite 400
San Pedro, CA  90731
Telephone: (858) 756-8288
Facsimile: (858) 964-1728

Attorney for Plaintiff, MARY MILLER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MILLER,<br><br>Plaintiff,<br><br>v.<br>WHOLESALE AMERICA MORTGAGE, INC.; LEHMAN BROTHERS HOLDING, INC.; AURORA LOAN SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE, LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GP1; GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendants. | **Case No.:**   3:18-cv-00120-LB<br>Hon Judge Laurel Beeler<br><br>**PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL**<br><br>**Action filed:**  September 21, 2017 |

Plaintiff, MARY MILLER (hereinafter "Plaintiff"), hereby and through counsel files her Objection to the Magistrate Judge's Recommendation of Dismissal.

On January 22, 2018 the Magistrate Judge filed an Order Directing Reassignment; Report and Recommendation to Dismiss for Failure to Serve.  (Doc. # 43)

The Complaint was filed on September 21, 2017, in which Plaintiff was required to serve all defendants by December 20, 2017.

-1-

**OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL**

Law Offices of Ronald H. Freshman
222 West 6th Street, Suite 400
San Pedro, CA 90731
Tel. (858) 756-8288

Plaintiff diligently attempted service on Wholesale America, Inc., including but not limited to ordering a skip trace, researching the Agent of Process' numerous addresses, and attempting service on all known addresses as listed with the California Secretary of State. Eventually, by agreement with Mr. Perkins, Plaintiff caused the Summons and Complaint to be served on Mr. Perkins, on Friday, January 19, 2018, through substitute service. However, upon arrival, the individual (believed to be Mr. Perkin's mother), refused service. (Doc. # 44, see Declaration of Certified Process Server, Sam Moore; *see also* Declaration of Melissa Alvarez, attached herein).

On Friday, January 19, 2018 Plaintiff again spoke with Mr. Perkins and apprised him of his mother's refusal of the papers. He asked that they be reserved again on Saturday morning. On Saturday, January 20, 2018, Wholesale America, Inc., was served through its Agent of Service of Process, Mr. Perkins, via substitute service per agreement of the parties.

The proof of service, showing service on the 20th, and the Magistrate's order were filed on the same day. (Doc. ## 43, 44). It would be entirely appropriate for the District Court to accept reassignment of the matter while concurrently, declining dismissal. Dismissal is a harsh penalty and is to be imposed only in extreme circumstances." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986). Court documents show that Plaintiffs were diligently attempting service, and did in fact, complete service after taking extraordinary lengths to find Wholesale America. (i.e. skip trace, calling the multiple listings for Mr. Perkins, going to numerous addresses for Wholesale America). Plaintiff herein respectfully requests the recommendation of dismissal for failure to serve be denied.

LAW OFFICE OF RONALD H. FRESHMAN

Dated: February 5, 2018

By: _____
Ronald H. Freshman, Esq.
Attorney for Plaintiff, Mary Miller

**Law Offices of Ronald H. Freshman**
222 West 6th Street, Suite 400
San Pedro, CA 90731
Tel. (858) 756-8288

**CERTIFICATE OF SERVICE**

I Hereby certify that I am over the age of 18 and not a party to the within action; my business address is 222 West 6th Street, Suite 400, San Pedro, California 90731. On February 5, 2018, I served a copy of the forgoing **OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL** to the below by electronic service via CM/ECF as follows:

| | |
|---|---|
| RACHEL C. WITCHER | MEGAN C. KELLY |
| rwitcher@hhlawyers.com | mck@severson.com |
| HALL HUGUENIN LLP | SEVERSON & WERSON |
| 1851 E. First Street, 10th Floor | A Professional Corporation |
| Santa Ana, California 92705-4052 | One Embarcadero Center, Suite 2600 |
| Telephone: (714) 918-7000 | San Francisco, California 94111 |
| Facsimile: (714) 918-6996 | Telephone: (415) 398-3344 |
| Attorneys for Defendants, *NATIONSTAR MORTGAGE LLC; AURORA LOAN SERVICES, LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-GP1; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and LEHMAN* BROTHERS HOLDING, INC. | Facsimile: (415) 956-0439 |
| | Attorneys for Defendant, |
| | *GREENPOINT MORTGAGE FUNDING, INC.* |

Dated: February 5, 2018

*/s/ Melissa Alvarez*
Melissa Alvarez, Declarant

**OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL**